E. Clarke Balcom, # 01195
cbalcom@clarkebalcomlaw.com
**Shannon D. Sims,** # 072029
sims@clarkebalcomlaw.com
**CLARKE BALCOM, P.C.**
1312 SW 16th Ave, 2nd Floor
Portland, OR 97201
Telephone (503) 224-5950
Fax (503) 467-4669
Attorney for Plaintiff

FILED
JUN 09 2009

REC'D 09 JUN 9 10:51 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

CV '09   639   PK

**BARBARA GIFFORD** and **KEVIN GIFFORD,**

        Plaintiffs,

v.

**BANK OF AMERICA, COUNTRYWIDE HOME LOANS, INC,** a New York corporation, dba **COUNTRYWIDE BANK;** and **HYPERION CAPITAL GROUP, LLC.**

        Defendants.

Case No.:

**TEMPORARY RESTRAINING ORDER** ~~(PROPOSED)~~

This matter came before the court on June 9, 2009, for hearing on plaintiffs' motion for a temporary restraining order. The court having considered the oral and written arguments of the parties and the affidavits filed herein, finds sufficient grounds for concluding that irreparable injury to the plaintiffs will occur unless the status quo is preserved by this temporary restraining order until a hearing on plaintiffs' motion for a preliminary injunction can be heard.

Page 1 of 2 – TEMPORARY RESTRAINING ORDER (~~PROPOSED~~)

*The Court also finds π's have made a sufficient showing (preliminarily) of likely success on the merits entitling them to rescission.*

The Court finds that the foreclosure scheduled for June 11, 2009 should be restrained, as the possible harm that would inure to the plaintiffs would be irreparable.

The Court further finds that plaintiffs' counsel has made an effort to notify defendants; however the short timeline involved requires that no notice issue.

*Pursuant to Fed. R. Civ. P. 65,*

Therefore, it is ordered as follows:

1. Defendants, or any agents thereof, are temporarily restrained from seeking to foreclose on the plaintiffs' home located at 2031 SE 90th Pl., Portland, Oregon 97216.

2. This temporary restraining order will remain in effect until a hearing ~~on plaintiffs'~~ *to consider extending this TRO, which is* ~~motion for a preliminary injunction~~ set for the 19th day of June, 2009 at 8:30 a.m. ~~o'clock~~, or subject to further order of this court. *in Room 14A of the Mark O. Hatfield United States Courthouse, Portland, OR. 97204*

3. This temporary restraining order shall become effective immediately upon entry by the court which is 4:00 p.m. o'clock ____, June 9, 2009.

4. The plaintiffs are not required to post a bond or other security, as such a requirement could deny the plaintiffs judicial review. ~~Alternatively, the plaintiff's shall post a bond or other security in the amount of ____.~~

5. *π's shall serve a copy of this TRO on all defendants in the manner required for service of process.*

DATED this 9th day of June, 2009.

_____
U.S. District Court Judge

Page 2 of 2 – TEMPORARY RESTRAINING ORDER ~~(PROPOSED)~~