IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **BARBARA GIFFORD** and **KEVIN GIFFORD**, | Civil No. 09-639-PK |
| Plaintiffs, | O R D E R |
| v. | |
| **BANK OF AMERICA**, et al., | |
| Defendants. | |

_____

E. Clarke Balcom
Clarke Balcom PC
1312 SW 16th Avenue, Second Floor
Portland, Oregon  97201

Shannon D. Sims
Attorney at Law
3027 East Burnside, #8
Portland, Oregon  97214

Attorneys for Plaintiffs

Page 1 - ORDER

Gregory A. Chaimov
P. Andrew McStay , Jr.
Davis Wright Tremaine, LLP
1300 SW Fifth Avenue, Suite 2300
Portland, Oregon  97201-5630

      Attorneys for Defendants

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on July 9, 2010.  The matter is before this court.  <u>See</u> 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings <u>de novo</u> review.  <u>Lorin Corp. v. Goto & Co., Ltd.</u>, 700 F.2nd 1202, 1206 (8th Cir. 1983); <u>See also</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles <u>de novo</u>, I find no error.

Accordingly, I ADOPT  Magistrate Judge Papak's Findings and Recommendation dated July 7, 2010 (#47) in its entirety.

IT IS HEREBY ORDERED that Bank of America's Motion for Judgment on the Pleadings (#43) is granted.  All claims except the TILA claim for rescission are dismissed with prejudice.  Plaintiffs may file an Amended Complaint by September 7, 2010, which corrects the deficiencies in the TILA claim for rescission.  If plaintiffs fail to file an Amended Complaint by the deadline, I will dismiss the entire case with prejudice.

DATED this ___9th___ day of August, 2010.

      _/s/ Garr M. King_____
          GARR M. KING
        United States District Judge